| | | |
|---|---|---|
| **CONNIE THOMAS**<br>605 Knollwood Road<br>Severna Park, MD 21146 | * | IN THE |
| | * | CIRCUIT COURT |
| Plaintiff | * | FOR |
| v. | * | ANNE ARUNDEL COUNTY |
| **WALMART, INC.**<br>702 SW 8th Street<br>Bentonville, AR 72716 | * | Case No.: C-02-CV-24-001670 |
| | * | |
| Defendant | * | |
| **Serve On:**<br>The Corporation Trust, Inc.<br>2405 York Road, Suite 201<br>Lutherville-Timonium, MD 21093-2264 | * | |
| | * | |
| | * | |

## COMPLAINT

NOW COME the Plaintiff, **CONNIE THOMAS**, by her attorney, T. Joseph Touhey, hereby files this Complaint and sues **WALMART, INC.**, and states:

## PREAMBLE

1. Plaintiff is a resident of Anne Arundel County, Maryland.

2. Defendant Corporation conducts business in Anne Arundel County, Maryland. The incident in question occurred in Anne Arundel County, Maryland.

## CLAIM FOR PERSONAL INJURY - CONNIE THOMAS

3. On or about July 23, 2021, while shopping at Walmart Supercenter #2279 located at 6721 Chesapeake Center Drive, Glen Burnie, Maryland 21060, the Plaintiff, **CONNIE THOMAS**, while shopping with her daughter in the store, slipped on some yogurt which was dropped on the floor by a prior patron of the store, causing the Plaintiff to slip, thrust forward, and slam onto the floor, thus sustaining serious injuries

to her knees, back, neck and shoulders. Two (2) employees of the Defendant were aware of the spilled yogurt and had failed to clean the floor. Despite the fact that the Plaintiff was walking in a careful and prudent manner, she was unable to observe this negligently placed impediment and subsequently slipped and fell sustaining serious injuries. All of the above-described occurrences were within Anne Arundel County, Maryland.

4. Defendant, through its employees, agents and/or servants, owed a duty to Plaintiff to use due care and caution in cleaning up yogurt from the floor when discovered, and barricading the area from public use until the floor was free and clear of any and all debris.

5. Contrary to the duties owed to the Plaintiff, Defendant was negligent, careless and reckless in the clean-up of debris in the public area of the store.

6. As a proximate result of Defendant's negligence, the Plaintiff suffered serious, painful and permanent bodily injury. She has been caused to suffer, and will continue to suffer in the future, great bodily and physical pain and mental anguish, and related anxiety and mental anguish related to injuries sustained in the incident. As a result of this occurrence, the Plaintiff has been obliged to receive, and will be required to receive in the future, hospitalization, medical care and treatment for said injuries. She has incurred, and will continue to incur, future medical expenses for medical care and treatment. She has, and will in the future, continue to be disabled from engaging in her normal activities and avocations to which she was accustomed as a result of the aforesaid injuries. That she has otherwise been permanently damaged and injured.

7. The injuries and damages complained of were caused solely by the negligence and carelessness and want of due care on the part of the Defendant's employees, agents

and/or servants without any negligence or carelessness or want of due care on the part of the Plaintiff.

WHEREFORE, the Plaintiff, seeks judgment against Defendant, **WALMART, INC.**, in the amount of one hundred and fifty thousand dollars ($150,000.00) plus interest, costs and attorney's fees against the Defendant.

**WHEREFORE**, the Plaintiff, **CONNIE THOMAS,** sues the Defendant and claims compensatory damages in the amount of one hundred and fifty thousand dollars ($150,000.00).

*/S/ T. JOSEPH TOUHEY, ESQ.*
T. JOSEPH TOUHEY, ESQ. #6512010099
791 Aquahart Road, Suite 122
Glen Burnie, Maryland 21061
T: 410-768-1880 F: 410-760-1081
Email: tjtlaw@verizon.net
*Attorney for Plaintiff*